Opinion filed October 27, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed October 27, 2005

 

 

 

 

 

 

                                                                                                In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00197-CV 

                                                    __________

 

                  TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

 

                                                             V.

 

                                    TEDDY
JOE PURCELL, Appellee

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
County, Texas

 

                                                Trial Court Cause No. D-118,601

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

The Texas Department of Public Safety has filed in
this court a motion to dismiss its appeal. 
In the motion, the Department states that it no longer wishes to
appeal.  The motion is granted.

The appeal is dismissed.

 

October
27, 2005                                                                    PER
CURIAM

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.